UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

ERIK HADZOVIC,

Petitioner,

-against-

DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Respondents.

26-CV-09371 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Respondents' October 28, 2026 Letter ("Respondents' Letter"). Dkt. No. 6. Respondents' Letter states that Petitioner "is not detained by [Immigration and Customs Enforcement ('ICE')]." *Id.* at 1. In light of Respondents' Letter, Petitioner is ordered to file a letter, by no later than November 4, 2026, explaining whether Petitioner is detained, whether Petitioner still seeks relief from this Court, and why this petition should not be dismissed if Petitioner was not, as alleged in the petition, detained by ICE on October 26, 2026.

The hearing currently scheduled for October 30, 2026, is adjourned until further notice from the Court and all other deadlines are vacated.

The Court respectfully directs the Clerk of Court to mail, physically or via email as appropriate, a copy of this Order to Petitioner and next friend John Mark Rozendaal at the addresses listed on the docket sheet for this action.

SO ORDERED.

Dated: October 29, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge